```
                                                    ORIGINAL
                                                     FILED
 1  Ryan T. McCoy (State Bar No. 239882)
    FULBRIGHT & JAWORSKI L.L.P.               08 APR 25  11:29
 2  555 South Flower Street
    Forty-First Floor                         RICHARD W. WIEKING
 3  Los Angeles, California 90071                    CLERK
    Telephone: (213) 892-9200                 U.S. DISTRICT COURT
 4  Facsimile: (213) 892-9494                 NO. DIST. OF CA S.J.

 5  M. Scott Incerto (Texas Bar No. 10388950) (Pro Hac Vice Application Pending)
    Adam T. Schramek (Texas Bar No. 24033045) (Pro Hac Vice Application Pending)
 6  FULBRIGHT & JAWORSKI L.L.P.           ADR
    600 Congress Ave., Suite 2400
 7  Austin, Texas 78701
    Telephone: (512) 536-5232
 8  Facsimile: (512) 536-4598

 9  Attorneys for Defendant             E-FILING
    FREESCALE SEMICONDUCTOR, INC.
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTE TECHNICAL SALES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. C08 02153 JF HRL<br><br>DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Michael O'Neill (principal/owner of Forte Technical Sales, LLC);
- Jeffrey Leontini (principal/owner of Forte Technical Sales, LLC); and
- The ownership of Freescale Semiconductor, Inc. is reflected in the excerpt from its most recent 10K filing which is attached as Exhibit A.

Dated: April 25, 2008

Ryan T. McCoy
M. Scott Incerto
Adam T. Schramek
**FULBRIGHT & JAWORSKI L.L.P.**

_____
Ryan T. McCoy
Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

# EXHIBIT A

**Item 12:    Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

**Beneficial Ownership**

The Company directly owns all of the outstanding common shares of Freescale Semiconductor Holdings II, Ltd., which is the direct owner of Freescale Semiconductor Holdings III, Ltd., which is the direct owner of Freescale Semiconductor Holdings IV, Ltd., which is the direct owner of Freescale Semiconductor Holdings V, Inc. ("Holdings V"). Holdings V owns, directly and as trustee, all of the outstanding common stock of Freescale Semiconductor, Inc. ("FSL, Inc."). The following table presents information regarding beneficial ownership of the common shares of the Company as of February 29, 2008 by each person who is known by us to beneficially own more than 5% of the common shares of the Company, by each of our directors, by each of the Named Executive Officers, and by all of our directors and executive officers as a group. The following table also presents the equity securities of Freescale Holdings L.P., parent of Holdings I ("Parent"), held by our directors, each of the Named Executive Officers and by all of our directors and executive officers as a group. Security numbers have been rounded down to the nearest whole security.

Beneficial ownership is determined in accordance with the rules of the SEC. Each person named in the table has sole voting and investment power with respect to all of the shares shown as beneficially owned by such person, except as otherwise set forth in the notes to the table. Information with respect to each fund described in the table is based on information provided to us by such funds. Unless otherwise indicated, the address of each person named in the table is c/o Freescale Semiconductor, Inc., 6501 William Cannon Drive West, Austin, Texas 78735.

| Name of Beneficial Owner | Freescale Semiconductor Holdings I, Ltd. | | Freescale Holdings, L.P. | | | |
|---|---|---|---|---|---|---|
| | Common Shares | % of Common Shares Outstanding | Class A Limited Partnership Interest[1] | % of Class A Limited Partnership Interest(%) | Class B Limited Partnership Interest[1] | % of Class B Limited Partnership Interest (%) |
| Freescale Holdings L.P.[1] | 1,061,264,846 | 100% | — | — | — | — |
| Michel Mayer[2] | — | — | 5,000 | * | 80,544 | 31.86% |
| Alan Campbell[3][4] | 550,234 | * | 741 | * | 38,093 | 15.07% |
| Daniel F. Akerson[5] | — | — | 1,125,000 | 15.90% | — | — |
| Gene J. Frantz[6] | — | — | — | — | — | — |
| John C. Hodge[7] | — | — | — | — | — | — |
| Stephen P. Kaufman | — | — | 150 | * | — | — |
| Thomas H. Lister[8] | — | — | 1,363,750 | 19.28% | — | — |
| John W. Marren[6] | — | — | — | — | — | — |
| Paul C. Schorr, IV[7] | — | — | 3,395,055 | 47.99% | — | — |
| Peter Smitham[8] | — | — | 1,363,750 | 19.28% | — | — |
| Claudius E. Watts, IV[5] | — | — | 1,125,000 | 15.90% | — | — |
| Sandeep Chennakeshu[4] | — | — | 500 | * | 30,474 | 12.05% |
| Paul Grimme[3][4] | 279,600 | * | — | — | 22,856 | 9.04% |
| David Perkins[3][4] | 552,924 | * | — | — | 6,178 | 2.44% |
| Sumit Sadana[3][4] | 243,908 | * | — | * | 30,474 | 12.05% |
| Directors and Executive Officers as a group[3][9] | 2,630,946 | * | 5,890,382 | 83.26% | 252,809 | 94.58% |

\*    Represents less than 1%.

(1)    Includes 49,198,464 common shares subject to the Warrant Agreement, dated December 1, 2006, between Parent and Holdings I. Freescale Holdings G.P., Ltd. ("Freescale GP") is the general partner of Parent and as such exercises voting and dispositive power with respect to such shares. Freescale GP is owned equally by the Blackstone Funds, the Carlyle Funds, the Permira Funds and the TPG Funds (collectively, the "Funds"), as described below, and each fund appoints two directors to the board of directors of Freescale GP. Holders of limited partnership interests in Parent have limited voting rights and no voting or dispositive power over the shares of Holdings I held by Parent.

**Table of Contents**

The Blackstone Funds' ownership of Freescale GP includes (i) 88 shares held by Blackstone Capital Partners (Cayman) V L.P. ("BCP V"), whose general partner is Blackstone Management Associates (Cayman) V L.P. ("BMA V"); (ii) 82 shares held by Blackstone Capital Partners (Cayman) V-A L.P. ("BCP V-A"), whose general partner is BMA V; (iii) 70 shares held by BCP (Cayman) V-S L.P. ("BCP V-S"), whose general partner is BMA V; (iv) 8 shares held by Blackstone Family Investment Partnership (Cayman) V L.P. ("BFIP V"), whose general partner is BMA V; (v) 1 share held by Blackstone Family Investment Partnership (Cayman) V-A L.P. ("BFIP V-A"), whose general partner is BMA V; and (vi) 1 share held by Blackstone Participation Partnership (Cayman) V L.P. ("BPP V" and together with BCP V, BCP V-A, BCP V-S, BFIP V and BFIP V-A, the "Blackstone Funds"), whose general partner is BMA V. Peter G. Peterson and Stephen A. Schwarzman are founding members of BMA V and as such may be deemed to share beneficial ownership of the shares held or controlled by the Blackstone Funds. Each of BMA V, Mr. Peterson and Mr. Schwarzman disclaims beneficial ownership of such shares, except to the extent of such person's pecuniary interest therein. The address of each of the entities listed in this note is c/o The Blackstone Group, L.P., 345 Park Avenue, New York, New York 10154.

The Carlyle Funds' ownership of Freescale GP includes (i) 167 shares held by CP IV, whose general partner is TC Group IV Cayman, L.P., whose general partner is CP IV GP, Ltd., which is wholly owned by TC Group Cayman, L.P.; (ii) 33 shares held by CEP II P, wholly owned by Carlyle Europe Partners II, L.P., whose general partner is CEP II GP, L.P., whose general partner is CEP II Limited, which is wholly owned by TC Group Cayman, L.P.; (iii) 27 shares held by CAP II, whose general partner is CAP II General Partner, L.P., whose general partner is CAP II, Ltd., which is wholly owned by TC Group Cayman, L.P.; (iv) 14 shares held by CJP, whose general partner is CJP General Partner, L.P., whose general partner is Carlyle Japan Ltd., which is wholly owned by TC Group Cayman, L.P.; (v) 7 shares held by CPIV, whose general partner is TC Group IV Cayman, L.P., whose gneral partner is CP IV GP, Ltd., which is wholly owned by TC Group Cayman, L.P.; (vi) 1 share held by CAP II Co-Investment, whose general partner is CAP II General Partner, L.P., whose general partner is CAP II, Ltd., which is wholly owned by TC Group Cayman, L.P.; and (vii) 1 share held by CJP Co-Investment, whose general partner is CJP General Partner, L.P., whose general partner is Carlyle Japan Ltd., which is wholly owned by TC Group Cayman, L.P. The general partner of TC Group Cayman, L.P. is TCG Holdings Cayman, L.P. The general partner of TCG Holdings Cayman, L.P. is Carlyle Offshore Partners II Limited, a Cayman Islands exempted limited liability company. Carlyle Offshore Partners II Limited has ultimate investment and voting power over the shares held by the Carlyle Entities. The address of each of the entities and persons identified in this note is c/o The Carlyle Group, L.P., 520 Madison Avenue, New York, New York 10022. See note (5) below for definitions.

The Permira Funds' ownership of Freescale GP includes (i) 196 shares held by Permira IV L.P. 2 ("P IV 2"), whose manager is Permira IV Managers L.P.; (ii) 49 shares held by P4 Sub L.P. 1 ("P4 1"), whose manager is Permira IV Managers L.P.; (iii) 4 shares held by Permira Investments Limited ("PIL"); and (iv) 1 share held by P4 Co-Investment L.P. ("P4 Co-Investment" and, together with P4 1, P IV 2 and PIL, the "Permira Funds" ), whose general partner is Permira IV G.P. L.P. P4 1 and P IV 2 are together known as "Permira IV." Permira IV Managers L.P. may be deemed to have investment powers and beneficial ownership with respect to the shares owned by the Permira Funds by virtue of being manager of Permira IV and by virtue of co-investment arrangements between the entities comprising the Permira Funds, but disclaims beneficial ownership of such shares except to the extent of its respective pecuniary interest therein. The address of each of the entities and persons identified in this note is c/o Permira IV Managers L.P., Trafalgar Court, Les Banques, Guernsey, Channel Islands GY1 3QL.

The TPG Funds' ownership of Freescale GP includes (i) 75 shares held by TPG Partners IV-AIV, L.P. ("TPG IV"), whose general partner is TPG Gen Par IV-AIV, L.P., (ii) 174.17 shares held by TPG Partners V-AIV, L.P. ("TPG V"), (iii) 0.46 shares held by TPG FOF V-A, L.P. ("TPG FOF A"), and (iv) 0.27 shares held by TPG FOF V-B, L.P. ("TPG FOF B") (together with TPG IV, TPG V, TPG FOF A and TPG FOF B, the "TPG Funds"). The general partner of TPG V, TPG FOF A and TPG FOF B is TPG Gen Par V-AIV, L.P. David Bonderman and James G. Coulter, as directors, officers and sole shareholders of the ultimate general partner of each of TPG Gen Par IV-AIV, L.P. and TPG Gen Par V-AIV, L.P. may be deemed to have beneficial ownership with respect to the shares owned by the TPG Funds. The address of each of the entities and persons identified in this note is c/o TPG, 301 Commerce Street, Fort Worth, Texas 76102.

(2) The Company recently announced that Mr. Mayer and the Company have entered into a Separation and Release Agreement, pursuant to which the Company will repurchase Mr. Mayer's Class A limited partnership interests. The parties expect to consummate the sale in March 2008. In addition, the agreement provides that Mr. Mayer will own a total of 80,544.228 Class B limited partnership interest upon his termination of employment.

(3) Common shares listed represent shares issuable upon exercise of options outstanding and currently exercisable and/or restricted stock units.

(4) In the event holders of limited partnership interests in Parent become entitled to vote on any matter, the holder has agreed to vote all of its interests in Parent as directed by Freescale GP.

(5) Mr. Akerson and Mr. Watts were appointed to the board of directors of Freescale GP by the Carlyle Funds. See note (1) above. Mr. Akerson and Mr. Watts are each Managing Directors at The Carlyle Group. Class A limited partnership interests represent amounts held by the various Carlyle Funds as set forth below. Mr. Akerson and Mr. Watts each disclaim beneficial ownership of any shares or interests owned directly or indirectly by such Carlyle funds, except to the extent of his pecuniary interest therein. Amounts include the following: (i) 754,527.16 Class A limited partnership interests held by Carlyle Partners IV Cayman, L.P. ("CP IV"), whose general partner is TC Group IV Cayman, L.P., whose general partner is CP IV GP, Ltd., which is wholly owned by TC Group Cayman, L.P.; (ii) 30,472.84 Class A limited partnership interests held by CPIV Coinvestment Cayman, L.P ("CPIV"), whose general partner is TC Group IV Cayman, L.P., whose general partner

**Table of Contents**

is CP IV GP, Ltd., which is wholly owned by TC Group Cayman, L.P.; (iii) 150,000.00 Class A limited partnership interests held by CEP II Participations Sarl SICAR ("CEP II P"), wholly owned by Carlyle Europe Partners II, L.P., whose general partner is CEP II GP, L.P., whose general partner is CEP II Limited, which is wholly owned by TC Group Cayman, L.P.; (iv) 121,585.87 Class A limited partnership interests held by Carlyle Asia Partners II, L.P ("CAP II"), whose general partner is CAP II General Partner, L.P., whose general partner is CAP II, Ltd., which is wholly owned by TC Group Cayman, L.P.; (v) 3,414.13 Class A limited partnership interests held by CAP II Co-Investment, L.P. ("CAP II Co-Investment"), whose general partner is CAP II General Partner, L.P., whose general partner is CAP II, Ltd., which is wholly owned by TC Group Cayman, L.P.; (vi) 61,494 Class A limited partnership interests held by Carlyle Japan Partners, L.P. ("CJP"), whose general partner is CJP General Partner, L.P., whose general partner is Carlyle Japan Ltd., which is wholly owned by TC Group Cayman, L.P.; and (vii) 3,506 Class A limited partnership interests held by CJP Co-Investment, LP ("CJP Co-Investment" and together with CP IV, CPIV, CAP II, CAP II Co-Investment and CJP, the "Carlyle Funds"), whose general partner is CJP General Partner, L.P., whose general partner is Carlyle Japan Ltd., which is wholly owned by TC Group Cayman, L.P. The general partner of TC Group Cayman, L.P. is TCG Holdings Cayman, L.P. The general partner of TCG Holdings Cayman, L.P. is Carlyle Offshore Partners II Limited, a Cayman Islands exempted limited liability company. Carlyle Offshore Partners II Limited has ultimate investment and voting power over the interests held by the Carlyle Entities. The address of each of the entities and persons identified in this note is c/o The Carlyle Group, L.P., 520 Madison Avenue, New York, New York 10022. See also note (1) above.

(6) Mr. Frantz and Mr. Marren were appointed to the board of directors of Freescale GP by the TPG Funds. See note (1) above. Mr. Frantz and Mr. Marren are each Partners of TPG. Neither Mr. Frantz nor Mr. Marren may be deemed to have beneficial ownership with respect to the interests owned by the TPG Funds. The TPG Funds own the following: (i) 300,000 Class A limited partnership interests held by TPG IV, whose general partner is TPG GenPar IV-AIV, L.P., (ii) 696,706 Class A limited partnership interests held by TPG V, (iii) 1,823 Class A limited partnership interests held by TPG FOF A, (iv) 1,470 Class A limited partnership interests held by TPG FOF B; the general partner of TPG V, TPG FOF A and TPG FOF B is TPG GenPar V-AIV, L.P. David Bonderman and James G. Coulter, as directors, officers and sole shareholders of the ultimate general partner of each of TPG GenPar IV-AIV, L.P. and TPG GenPar V-AIV, L.P. may be deemed to have investment powers and beneficial ownership with respect to the interests owned by the TPG Funds. The address of each of the entities and persons identified in this note is c/o TPG Capital, 301 Commerce Street, Fort Worth, Texas 76102. See also note (1) above.

(7) Mr. Hodge and Mr. Schorr were appointed to the board of directors of Freescale GP by the Blackstone Funds. See note (1) above. Mr. Schorr is a Senior Managing Director of The Blackstone Group. Class A limited partnership interests represent amounts held by the Blackstone Class A Funds (defined below) as set forth below. Mr. Schorr disclaims beneficial ownership of any shares or interests owned directly or indirectly by the Blackstone Class A Funds, except to the extent of his pecuniary interest therein. Amounts include the following: (i) 424,088.17 Class A limited partnership interests held by BCP V, whose general partner is BMA V; (ii) 392,632.86 Class A limited partnership interests held by BCP V-A, whose general partner is BMA V; (iii) 336,297.30 Class A limited partnership interests held by BCP V-S, whose general partner is BMA V; (iv) 40,061.25 Class A limited partnership interests held by BFIP V, whose general partner is BMA V; (v) 4,110.38 Class A limited partnership interests held by BFIP V-A, whose general partner is BMA V; (vi) 2,809.04 Class A limited partnership interests held by BPP V, whose general partner is BMA V; (vii) 807,555.52 Class A limited partnership interests held by BCP V Co-Investors (Cayman) L.P. ("BCP V Co-Investors"), whose general partner is BMA V; (viii) 750,000 Class A limited partnership interests held by Blackstone Firestone Principal Transaction Partners (Cayman) L.P. ("BFPTP"), whose general partner is BMA V; and (ix) 637,500 Class A limited partnership interests held by Blackstone Firestone Transaction Participation Partners (Cayman) L.P. ("BFTPP" and together with BCP V, BCP V-A, BCP V-S, BFIP V, BFIP V-A, BPP V, BCP V Co-Investors and BFPTP, the "Blackstone Class A Funds"), whose general partner is BMA V. Peter G. Peterson and Stephen A. Schwarzman are founding members of BMA V and as such may be deemed to share beneficial ownership of the interests held or controlled by the Blackstone Class A Funds. Each of BMA V, Mr. Peterson and Mr. Schwarzman disclaims beneficial ownership of such interests, except to the extent of such person's pecuniary interest therein. The address of each of the entities listed in this note is c/o The Blackstone Group, L.P., 345 Park Avenue, New York, New York 10154. See also note (1) above.

(8) Mr. Lister and Mr. Smitham were appointed to the board of directors of Freescale GP by the Permira Funds. See note (1) above. Mr. Lister is a Managing Partner at Permira Advisers, LLC. Mr. Smitham is a Partner at Permira Advisers, LLP. Class A limited partnership interests represent amounts held by the various Permira Class A Funds and Co-Investors (defined below) as set forth below. Mr. Lister and Mr. Smitham each disclaim beneficial ownership of any shares or interests owned directly or indirectly by the Permira Class A Funds and Co-Investors, except to the extent of his pecuniary interest therein. Amounts include the following: (i) 218,670.31 Class A limited partnership interests held by P4 1, whose manager is Permira IV Managers L.P.; (ii) 883,488.97 Class A limited partnership interests held by P IV 2, whose manager is Permira IV Managers L.P.; (iii) 17,790.31 Class A limited partnership interests held by PIL; (iv) 5,050.41 Class A limited partnership interests held by P4 Co-Investment, whose general partner is Permira IV G.P. L.P.; (v) 4,500 Class A limited

**Table of Contents**

partnership interests held by Wilshire Private Markets Short Duration Fund I, L.P. ("SDF I"), whose general partner is WPMG SDF I, LLC; (vi) 4,500 Class A limited partnership interests held by Wilshire U.S. Private Markets Fund VII, L.P. ("PMF VII"), whose general partner is Wilshire U.S. Private Markets VII, LLC; (vii) 75,000 Class A limited partnership interests held by Uberior Co-Investments Limited ("Uberior"); (viii) 50,000 Class A limited partnership interests held by Partners Group Access III, L.P. ("PGA III"), whose general partner is Partners Group Management III Limited; (ix) 15,000 Class A limited partnership interests held by A.S.F. Co-Investment Partners III, L.P. ("ASF III"), whose general partner is PAF 6/05, LLC; (x) 13,062.45 Class A limited partnership interests held by European Strategic Partners ("ESP"), whose manager is Standard Life Investments (Private Equity) Limited; (xi) 1,536.05 Class A limited partnership interests held by European Strategic Partners Scottish B ("ESPSB"), whose manager is Standard Life Investments (Private Equity) Limited; (xii) 1,330.56 Class A limited partnership interests held by European Strategic Partners Scottish C ("ESPSC"), whose manager is Standard Life Investments (Private Equity) Limited; (xiii) 3,117.73 Class A limited partnership interests held by European Strategic Partners 1-LP ("ESP 1"), whose manager is Standard Life Investments (Private Equity) Limited; (xiv) 53.21 Class A limited partnership interests held by ESP Co-Investment Limited Partnership ("ESP Co-Investment"), whose manager is Standard Life Investments (Private Equity) Limited; (xv) 18,400 Class A limited partnership interests held by ESP II Conduit LP ("ESP II"), whose manager is Standard Life Investments (Private Equity) Limited; (xvi) 17,200 Class A limited partnership interests held by ESP 2004 Conduit LP ("ESP 2004"), whose manager is Standard Life Investments (Private Equity) Limited; (xvii) 10,800 Class A limited partnership interests held by ESP 2006 Conduit LP ("ESP 2006"), whose manager is Standard Life Investments (Private Equity) Limited; (xviii) 5,100 Class A limited partnership interests held by ESP Tidal Reach LP ("ESPTR"), whose manager is Standard Life Investments (Private Equity) Limited; (xix) 11,400 Class A limited partnership interests held by Edcastle Limited Partnership ("ELP"), whose manager is Standard Life Investments (Private Equity) Limited; (xx) 6,250 Class A limited partnership interests held by North American Strategic Partners, LP ("NASP"), whose manager is Standard Life Investments (Private Equity) Limited; and (xxi) 1,500 Class A limited partnership interests held by Rose Nominees Limited a/c 21425 ("RNL" and together with P4 1, P IV 2, PIL, P4 Co-Investment, SDF I, PMF VII, Uberior, PGA III, ASF III, ESP, ESPSB, ESPSC, ESP 1, ESP Co-Investment, ESP II, ESP 2004, ESP 2006, ESPTR, ELP and NASP, the "Permira Class A Funds and Co-Investors"). P4 1 and P IV 2 are together known as Permira IV. Permira IV Managers L.P. may be deemed to have investment power and beneficial ownership with respect to the Class A interests owned by the Permira Class A Funds and Co-Investors by virtue of being manager of Permira IV and by virtue of co-investment arrangements and proxies between the entities comprising the Permira Class A Funds and Co-Investors, but disclaims beneficial ownership of such interests except to the extent of its respective pecuniary interest therein. The address of each of the entities and persons identified in this note is c/o Permira IV Managers L.P., Trafalgar Court, Les Banques, Guernsey, Channel Islands GY1 3QL. See also note (1) above.

(9)     See notes (1) through (8) above.