1  Helen L. Duncan (State Bar No. 101661)
   Ryan T. McCoy (State Bar No. 39882)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street
3  Forty-First Floor
   Los Angeles, California 90071
4  Telephone: (213) 892-9200
   Facsimile: (213) 892-9494
5
   M. Scott Incerto (Texas Bar No. 10388950) (*Pro Hac Vice* Application Pending)
6  Adam T. Schramek (Texas Bar No. 24033045) (*Pro Hac Vice* Application Pending)
   **FULBRIGHT & JAWORSKI L.L.P.**
7  600 Congress Ave., Suite 2400
   Austin, Texas 78701
8  Telephone: (512) 536-5232
   Facsimile: (512) 536-4598
9
   Attorneys for Defendant
10 FREESCALE SEMICONDUCTOR, INC.

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15

16 | FORTE TECHNICAL SALES, LLC,        ) Civil Action No. C08 02153 JF
   | a California Limited Liability Company )
17 |                                    ) **PROOF OF SERVICE OF NOTICE**
   |            Plaintiff,              ) **OF REMOVAL AND RELATED**
18 |                                    ) **DOCUMENTS**
   |     v.                             )
19 |                                    )
   | FREESCALE SEMICONDUCTOR, INC., a   )
20 | Delaware Corporation, and DOES 1 through 10, )
   | inclusive,                         )
21 |                                    )
   |                                    )
22 |            Defendants.             )

23

24     STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

25       I am employed in the County of Los Angeles, State of California. I am over the age of 18

26 and not a party to the within action; my business address is 555 South Flower Street, Forty-First

27 Floor, Los Angeles, California 90071.

28

On April 25, 2008, I served the foregoing document(s) described as:

1. Notice of Filing (Notice of Removal), filed in State Court Action No. 108CV108900;

2. Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity);

2. Defendant Freescale Semiconductor, Inc.'s Certification of Interested Entities or Parties;

3. Civil Cover Sheet;

4. Order Setting Initial Case Management Conference and ADR Deadlines;

5. Standing Order re Pretrial Preparation;

6. Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement;

7. Standing Order Regarding Case Management in Civil Cases;

8. United States District Court, Northern District of California Guidelines;

9. General Order No. 40, Prohibition of Bias; and,

10. ECF Information including: 1) Registration Information Handout; 2) General Order No. 45; 3) Notice of Electronic Availability of Case File Information; 4) General Order No. 53; and, 5) ADR Forms and Materials

on interested parties in this action as follows:

John C. Clark, Esq.
Rusconi, Foster & Thomas
30 Keystone Avenue
Morgan Hill, CA  95037

Tel: (408) 779-2106
Fax: (408) 779-1553
Email: john@rftlawyer.com

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above.

DOCUMENT PREPARED ON RECYCLED PAPER

80186444.1

- 2 -

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

☐ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth above on this date before 5:00 p.m.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2008, at Los Angeles, California.

_____
Maria C. Vara