```
Ryan T. McCoy (CSBN 239882)
Fulbright & Jaworski L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA  90071
Tel: (213) 892-9200;  Fax: (213) 892-9494
```

Clerk's Use Only
Initial for fee pd.:

FILE BY FAX

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Forte Technical Sales, LLC, a
California Limited Company

　　　　　　　　　Plaintiff(s),

　　v.

Freescale Semiconductor, Inc., a
Delaware Corporation, and DOES 1
through 10, inclusive

　　　　　　　　　Defendant(s).

CASE NO. C08 02153 JF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Filed APR 29 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE CALIFORNIA

　　Pursuant to Civil L.R. 11-3, __Adam T. Schramek (TSBN 24033045)__, an active member in good standing of the bar of __the State of Texas__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Freescale Semiconductor, Inc.__ in the above-entitled action.

　　In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
```
Ryan T. McCoy (CSBN 239882)
Fulbright & Jaworski L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA  90071
Tel: (213) 892-9200
```

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/28/08　　　　　　　　　　　　　　　　　　　　　　　_/s/ Adam T. Schramek_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adam T. Schramek

NDC-16

# PROOF OF SERVICE

I, Maria C. Vara, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On April 29, 2008, I served a copy of the within document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by filing electronically with the Clerk of Court through CM/ECF and that CM/ECF will send an e-notice of the electronic filing to the email address(es) as set forth below.

John C. Clark, Esq.  
Rusconi, Foster & Thomas, APC  
30 Keystone Avenue  
Morgan Hill, CA 95037  

Tel: (408) 779-2106  
Fax: (408) 779-1553  
Email: john@rftlawyer.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2008, at Los Angeles, California.

_____  
Maria C. Vara

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003059
Cashier ID: waltonb
Transaction Date: 04/29/2008
Payer Name: Williams Cole, Inc.

PRO HAC VICE
 For: Adam T. Schramek
 Case/Party: D-CAN-F-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: N. Scott Incerto
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 16504
 Amt Tendered: $210.00
CHECK
 Check/Money Order Num: 16504
 Amt Tendered: $210.00

Total Due:      $420.00
Total Tendered: $420.00
Change Amt:       $0.00

Case Assigned to JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```