RECEIVED
APR 29 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Ryan T. McCoy (CSBN 239882)
Fulbright & Jaworski L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Tel: (213) 892-9200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Forte Technical Sales, LLC, a California Limited Company<br><br>Plaintiff(s),<br><br>v.<br><br>Freescale Semiconductor, Inc., a Delaware Corporation, and DOES 1 through 10, inclusive<br>Defendant(s). | CASE NO. C08 02153 JF<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　__M. Scott Incerto (TSBN 10388950)__, an active member in good standing of the bar of __the State of Texas__, whose business address and telephone number is __600 Congress Avenue, Suite 2400, Austin, Texas 78701-2978__ __(512) 474-5201__,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing __Freescale Semiconductor, Inc.__,

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

NDC-15

# PROOF OF SERVICE

I, Maria C. Vara, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On April 29, 2008, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by filing electronically with the Clerk of Court through CM/ECF and that CM/ECF will send an e-notice of the electronic filing to the email address(es) as set forth below.

John C. Clark, Esq.  
Rusconi, Foster & Thomas, APC  
30 Keystone Avenue  
Morgan Hill, CA 95037  

Tel: (408) 779-2106  
Fax: (408) 779-1553  
Email: john@rftlawyer.com  

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2008, at Los Angeles, California.

_____  
Maria C. Vara