IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTE TECHNICAL SALES, LLC,<br>a California Limited Liability Company<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FREESCALE SEMICONDUCTOR, INC., a<br>Delaware Corporation, and DOES 1 through 10,<br>inclusive,<br><br>　　　　　Defendants. | Civil Action No. C-08-02153-JF<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANT FREESCALE<br>SEMICONDUCTOR, INC.'S<br>MOTION TO DISMISS FOR<br>IMPROPER VENUE**<br><br>Date:　July 25, 2008<br>Time:　9:00 a.m.<br>Ctrm:　3 |

80188133.1

DOCUMENT PREPARED ON RECYCLED PAPER

[PROPOSED] ORDER GRANTING DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S
MOTION TO DISMISS FOR IMPROPER VENUE (C-08-02153-JF)

## [PROPOSED] ORDER

On July 25, 2008, at 9:00 a.m., in the Courtroom of the Honorable Jeremy D. Fogel, the Motion to Dismiss for Improper Venue (the "Motion") of Defendant Freescale Semiconductor, Inc. ("Freescale") came on for hearing before this Court. Plaintiff Forte Technical Sales, LLC ("Forte") was represented at the hearing by its counsel of record, John C. Clark of Rusconi, Foster & Thomas. Defendant Freescale was represented by its counsel of record, Ryan T. McCoy and Adam T. Schramek of Fulbright & Jaworski L.L.P.

Having considered the Motion, the evidence and memoranda submitted in support of, and in opposition to the Motion, having considered all relevant authorities, and having heard oral argument from counsel, the Court rules as follows:

The Motion to Dismiss for Improper Venue brought by Freescale is GRANTED. In section 15.14 of the Sales Representative Agreement, Forte and Freescale agreed to a comprehensive dispute resolution procedure that required any dispute escalating to litigation to be brought in the courts of Travis County, Texas. Accordingly, the Northern District of California is an improper venue for this dispute as it is contrary to the parties' forum selection clause.

SO ORDERED.

Dated: _____

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

80188133.1 - 1 -
[PROPOSED] ORDER GRANTING DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S
MOTION TO DISMISS FOR IMPROPER VENUE (C-08-02153-JF)

DOCUMENT PREPARED
ON RECYCLED PAPER

# PROOF OF SERVICE

I, Maria C. Vara, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On May 1, 2008, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by filing electronically with the Clerk of Court through CM/ECF and that CM/ECF will send an e-notice of the electronic filing to the email address(es) as set forth below.

John C. Clark, Esq.  
Rusconi, Foster & Thomas, APC  
30 Keystone Avenue  
Morgan Hill, CA 95037  

Tel: (408) 779-2106  
Fax: (408) 779-1553  
Email: john@rftlawyer.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 1, 2008, at Los Angeles, California.

_____  
Maria C. Vara

DOCUMENT PREPARED ON RECYCLED PAPER