JOHN C. CLARK - SBN 144549
RUSCONI, FOSTER & THOMAS, APC
30 Keystone Avenue
Morgan Hill California  95037
Telephone:  (408)779-2106
Facsimile:  (408)779-1553

Attorneys for Plaintiff
FORTE TECHNICAL SALES, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FORTE TECHNICAL SALES, LLC, a California Limited Liability Company, | Civil Action No. C08 02153JF |
| Plaintiff, | DECLARATION OF MICHAEL O'NEILL RE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | Date: July 25, 2008 |
| FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation, and DOES 1 through 10, inclusive | Time: 9:00 a.m. Ctrm: 3 |
| Defendants. | |

I, MICHAEL O'NEILL, declare:

1.  I am a principal owner and manager of FORTE TECHNICAL SALES, LLC, the plaintiff in the above-entitled matter.  The information contained in my declaration is based on my own personal knowledge;

2.  In 2007, Forte Technical Sales, an independent sales representative company, was solicited by defendant Freescale

DECLARATION OF MICHAEL O'NEILL RE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS                          1

1  Semiconductor to be its independent sales representative in
2  Northern California;

3      3.   At the time Freescale initially solicited Forte, we were
4  representing a competing product line and advised Freescale
5  regarding the same;

6      4.   Freescale approached us again later to express its desire
7  that Forte be its representative for Northern California.  At that
8  point, we decided to accept the representation of Freescale in the
9  sales of its products;

10     5.   Freescale, at all times relevant to this matter,
11 maintained an office in the San Jose area.  At no time did I, or
12 any other officer or manager of Forte, travel to Texas in the
13 negotiation or execution of the underlying Representative
14 Agreement;

15     6.   I executed the underlying Agreement in San Jose.  I
16 believe Freescale's authorized representative executed the
17 Agreement either in San Jose or in Arizona.  Any and all
18 negotiations that may have occurred took place in San Jose, and the
19 only factual connection that Texas has to this matter is that it is
20 the home office of defendant Freescale;

21     7.   The standard terms of the Agreement were not negotiated,
22 rather Freescale presented the Agreement to us with the terms
23 already contained in the proposed Agreement, including those terms
24 relating to choice of law and forum selection;

25     8.   Forte Technical Sales maintains its principal office in
26 San Jose, and our dealings with Freescale Semiconductor were

27
28 DECLARATION OF MICHAEL
   O'NEILL RE OPPOSITION
   TO DEFENDANT'S MOTION TO
   DISMISS                           2

1  principally with personnel located in Freescale's San Jose office;

2      9.  The commissions for which we seek compensation in the
3  underlying lawsuit should consist totally of sales which occurred
4  in our assigned territory of Northern California, although we have
5  not received any accounting or other information from Freescale in
6  order to determine the nature and amount of sales booked and
7  shipped for which we are due commissions;

8      10.  A requirement that we maintain an action for damages
9  against defendant Freescale in state court, or federal court, in
10  the state of Texas would be a severe hardship and inconvenience to
11  Forte, as we are a small, young company with only one small office
12  in San Jose and with very limited resources;

13      I declare under penalty of perjury under the laws of the State
14  of California and United States of America that the foregoing is
15  true and correct.

16

17  DATED:  6/24/08

18

19          By  M.T. O'Neill
20                  Michael O'Neill

21

22

23

24

25

26

27

28  DECLARATION OF MICHAEL
    O'NEILL RE OPPOSITION
    TO DEFENDANT'S MOTION TO
    DISMISS                                3