# PROOF OF SERVICE
## (CCP SECTION 446 AND SECTION 2015.5)

**Forte Technical Sales, LLC vs Freescale Semiconductor**

**Civil Action No. C08 02153JF**

I am a resident of the County of Santa Clara, State of California. I am over the age of 18 years and not a party to the within action; my business address is 30 Keystone Avenue, Morgan Hill, CA 95037.

On June 27, 2008, I served the following document entitled: **PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND DECLARATION OF MICHAEL O'NEILL RE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** on the parties in this action as follows:

_____ **BY MAIL**: I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail at Morgan Hill, California, in a sealed envelope addressed as follows:

Ryan T. McCoy
Fulbright & Jaworski L.L.P.
555 South Flower Street
Los Angeles, CA 90071

M. Scott Incerto
Adam T. Schramek
Fulbright & Jaworski, L.L.P
600 Congress Avenue, Suite 2400
Austin, Texas 78701

_____ **BY PERSONAL SERVICE**: I caused such document(s) to be delivered by hand to the offices of addressee(s), as follows:

_____ **BY FEDERAL EXPRESS OR EXPRESS MAIL**: I caused such envelope to be hand-delivered to the offices of addressee(s) by such delivery service, as follows:

_____ **BY FACSIMILE**: I caused a true copy thereof to be transmitted by facsimile to the offices of the addressee(s) pursuant to CCP Section 1013(a)(2), with a report printed out from said machine showing receipt. The facsimile number(s) is(are):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 27, 2008, at Morgan Hill, California.

_____
Heidi C. Franklin

PROOF OF SERVICE