**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 25, 2008
**Case Number:** CV-08-2153-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | **FORTE TECHNICAL SALES V. FREESCALE SEMICONDUCTOR** |
|---|---|
| | **PLAINTIFF** **DEFENDANT** |
| | **Attorneys Present: John Clark**   **Attorneys Present: Adam Schramek** |

PROCEEDINGS:

Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission.