United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Forte Technical Sales, LLC, | 08-02153 JF |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Jreescale Semiconductor, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur <u>before</u> the Case Management Conference.

6

7

8   Dated: August 14, 2008

9                                               RICHARD W. WIEKING
                                                Clerk
10                                              by:    Lisa M. Salvetti

11

12
                                                _____
13                                              ADR Administrative Assistant
                                                415-522-2032
14                                              lisa_salvetti@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:         Forte Technical Sales, LLC v. Jreescale Semiconductor, Inc.

Case Number:       08-02153 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 14, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> John Christopher Clark
> Rusconi, Foster & Thomas
> 30 Keystone Avenue
> Morgan Hill, CA 95037
> John@rftlawyer.com
>
> Ryan Thomas McCoy
> Fulbright & Jaworski L.L.P.
> 555 South Flower St., 41st Floor
> Los Angeles, CA 90071
> rmccoy@fulbright.com
>
> Adam T. Schramek
> 600 Congress Avenue, Ste. 2400
> Austin, TX 78701-2978
>
> M. Scott Incerto
> 600 Congress Avenue, Ste. 2400
> Austin, TX 78701

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 14, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov