1    John C. Clark, Esq.
     Rusconi, Foster & Thomas
2    30 Keystone Avenue
     Morgan Hill, CA 95037
3    Tel: (408) 779-2106
     Fax: (408) 779-1553
4    EMAIL: JOHN@RFTLAWYER.COM

5    Attorney for Plaintiff
     FORTE TECHNICAL SALES L.L.C.
6
7    Ryan T. McCoy (State Bar No. 239882)
     **FULBRIGHT & JAWORSKI L.L.P.**
     555 South Flower Street
8    Forty-First Floor
     Los Angeles, California 90071
9    Telephone: (213) 892-9200
     Facsimile: (213) 892-9494
10   rmccoy@fulbright.com

11   M. Scott Incerto (Texas Bar No. 10388950) (Admitted *Pro Hac Vice*)
     Adam T. Schramek (Texas Bar No. 24033045) (Admitted *Pro Hac Vice*)
12   **FULBRIGHT & JAWORSKI L.L.P.**
     600 Congress Ave., Suite 2400
13   Austin, Texas 78701
     Telephone: (512) 536-5232
14   Facsimile: (512) 536-4598
     sincerto@fulbright.com
15   aschramek@fulbright.com

16   Attorneys for Defendant
     FREESCALE SEMICONDUCTOR, INC.
17

18
                  IN THE UNITED STATES DISTRICT COURT
19
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
20
                            SAN JOSE DIVISION
21

22   FORTE TECHNICAL SALES, LLC,            )    Civil Action No. C-08-02153-JF
     a California Limited Liability Company )
                                            )
23                     Plaintiff,           )    **JOINT STIPULATION TO**
                                            )    **CONTINUE INITIAL CASE**
24          v.                              )    **MANAGEMENT CONFERENCE**
                                            )    **AND RELATED DEADLINES;**
25   FREESCALE SEMICONDUCTOR, INC., a       )    **[PROPOSED] ORDER**
     Delaware Corporation, and DOES 1 through 10, )
26   inclusive,                             )    **[N.D.L.R. 16-2(d)]**
                                            )
27                                          )
                       Defendants.          )
28   _____   )

DOCUMENT PREPARED
ON RECYCLED PAPER

80286752.1                              - 1 -

1    Counsel for Plaintiff and Defendant have met and conferred concerning the Case

2    Management Schedule pursuant to L.R. 16-2(d). No other defendants have been served or

3    appeared in this matter.

4    The Court held a hearing on July 25, 2008, on Defendant's Motion to Dismiss for

5    Improper Venue. At such hearing, the Court stated it would grant Defendant's Motion but in its

6    discretion, transfer the case to the Western District of Texas, Austin Division (hereafter the

7    "Transferee Court"). Accordingly,

8

9    IT IS HEREBY STIPULATED by and between the parties hereto as follows:

10    1. That the deadline for the meet and confer regarding initial disclosures, early settlement,

11    ADR process selection and discovery plan initially set for August 8, 2008 be continued pending

12    further order of the Transferee Court.

13    2. That the deadline to file the Joint ADR Certification with Stipulation to ADR Process

14    of Notice of Need for ADR Phone Conference initially set for August 8, 2008 be continued

15    pending further order of the Transferee Court.

16

17    3. That the deadline to complete initial disclosures or state objections in the F.R.C.P. Rule

18    26(f) Report, to rile the Case Management Statement, and to file and serve the Rule 26(f) Report

19    initially set for August 18, 2006 be continued pending further order of the Transferee Court.

20

21    4. That the Case Management Conference initially set for August 29, 2008 be continued

22    pending further order of the Transferee Court.

23    The continuance of the above deadlines is warranted because, as stated above, the parties

24    are awaiting the Court's transfer order and will be conducting this litigation in accordance with

25    the Local Rules of the Transferee Court, and will need to coordinate all scheduling and case

26    management matters with the Transferee Court. Accordingly, it would not be an efficient use of

27

28

1    this Court's or the parties' time and resources to proceed with the initial case management

2    requirements of this Court.

3

4    Dated: August 22, 2008                         John C. Clark

5                                                   **RUSCONI, FOSTER & THOMAS**

6

7

8    *Marina Beniaminson for* /s/ John C. Clark

9                                                   John C. Clark
                                                    Attorney for Plaintiff

10                                                  FORTE TECHNICAL SALES, L.L.C.

11

12   Dated: August 22, 2008                         Ryan T. McCoy
                                                    M. Scott Incerto

13                                                  Adam T. Schramek
                                                    **FULBRIGHT & JAWORSKI L.L.P.**

14

15

16                                                  _____ /s/ Adam T. Schramek

17                                                  Adam T. Schramek
                                                    Attorneys for Defendant
                                                    FREESCALE SEMICONDUCTOR, INC.

18

19

20

21

22

23

24

25

26

27

28