IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTE TECHNICAL SALES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. C-08-02153-JF<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER**<br><br>[N.D.L.R. 16-2(d)] |

## [PROPOSED] ORDER

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED that:

1. That the deadline for the meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan initially set for August 8, 2008 is continued pending further order of this Court or any Court to which this matter may be transferred.

2. That the deadline to file the Joint ADR Certification with Stipulation to ADR Process of Notice of Need for ADR Phone Conference initially set for August 8, 2008 is continued pending further order of this Court or any Court to which this matter may be transferred.

3. That the deadline to complete initial disclosures or state objections in the F.R.C.P. Rule 26(f) Report, to rile the Case Management Statement, and to file and serve the Rule 26(f) Report initially set for August 18, 2006 is continued pending further order of this Court or any Court to which this matter may be transferred.

4. That the Case Management Conference initially set for August 29, 2008 is continued pending further order of this Court or any Court to which this matter may be transferred.

80286752.1

- 1 -

JOINT STIPULATION (C-08-02153-JF)

1   Dated August ____, 2008

    _____
2   United States District Judge